# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 7, 2009

Marilyn Kelly,
Chief Justice

138031

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GEORGE EVAN FEEZEL,
      Defendant-Appellant.

SC: 138031
COA: 276959
Washtenaw CC: 05-001254-FH

_____/

On order of the Court, the application for leave to appeal the November 13, 2008 judgment of the Court of Appeals is considered, and it is GRANTED.

The Criminal Defense Attorneys of Michigan and Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 7, 2009 _____

_____
Clerk

p0430